# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| ORA L. MINK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09CV00047 |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | By: James P. Jones |
| COMMISSIONER OF | ) | Chief United States District Judge |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are **accepted**;

2. The final decision of the Commissioner of Social Security ("Commissioner") is **reversed** and judgment entered for the plaintiff;

3. The case is **remanded** to the Commissioner for the sole purpose of calculating and paying benefits; and

5. The clerk is directed to close the case.

ENTER: April 22, 2010

/s/ JAMES P. JONES
Chief United States District Judge